**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ARRON LEWIS,**                                                                             **PLAINTIFF**
**ADC #151373**

**v.**                     **CASE NO. 5:16CV00043 BSM**

**WENDY KELLEY et al.**                                          **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Jerome T. Kearney has been reviewed. There have been no objections. After careful consideration, the PRD is hereby adopted in all respects and Aaron Lewis's motion for order [Doc. No. 18], construed as a motion for preliminary injunction, is denied.

IT IS SO ORDERED this 20th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE