**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ARRON MICHAEL LEWIS**  **PLAINTIFF**
**ADC # 151373**

v.   **CASE NO. 5:16-CV-00043 BSM**

**WENDY KELLEY, et al.**  **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 61] submitted by United States Magistrate Judge Jerome T. Kearney have been received. Plaintiff Arron Lewis filed no objections. He did, however, file a motion for voluntary dismissal [Doc. No. 64]. After carefully reviewing the proposed findings and recommendations, they are adopted in their entirety.

Accordingly, the motion for summary judgment [Doc. No. 49] is granted, Lewis's motion to dismiss is denied as moot, and Lewis's claims are dismissed with prejudice.

IT IS SO ORDERED this 15th day of February 2017.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE